UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1030 (MJD/JGL)

MARK ROGGE,

Plaintiff,

v.

**PRETRIAL ORDER**

COMPUTER ASSOCIATES INTERNATIONAL, INC.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two to three days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to October 1, 2001;

3. The period during which the parties may seek discovery shall be completed by February 1, 2002;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to May 1, 2002;

5. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to May 1, 2002; and

6. This case will be considered "ready for trial" as of August 1, 2002.

DATED: August 20, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed AUG 21 200[illegible]
Richard D. Sletten, Clerk
Judgment Entd.________
Deputy Clerk________