UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Mark Rogge,

Plaintiff,

v.

Computer Associates International, Inc., a Delaware Corporation,

Defendant.

Court File No. .01-1030MJD/JGL

**STIPULATION AND ORDER FOR DISMISSAL**

Plaintiff Mark Rogge and Defendant Computer Associates International, Inc. hereby stipulate that all claims in the above-captioned lawsuit be dismissed with prejudice. Each party shall bear its own costs, disbursements, and attorney's fees.

Dated: March 13, 2002

BORKON, RAMSTEAD,
MARIANI, FISHMAN & CARP

By: [signature]
Howard L. Bolter, #192387
485 Northstar East
608 Second Avenue South
Minneapolis, MN 55402-1949
(612) 333-7155
(612) 333-5956 Fax

*Attorneys for Plaintiff*
*Mark Rogge*

MAR 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

March 13, 2002

MERCHANT & GOULD

By: ____________________

Allen W. Hinderaker, #45287
3200 IDS Center
80 S. 8th Street
Minneapolis, MN 55402-2215
(612) 332-5300
(612) 332-9081 (Fax)

*Attorneys for Defendant*
*Computer Associates International, Inc.*

**ORDER**

Based upon the above stipulation of the parties,

IT IS HEREBY ORDERED that the above-entitled matter be dismissed with prejudice. Each party shall bear its own costs, disbursements, and attorney's fees.

SO ORDERED.

Dated: March 18, 2002.

BY THE COURT

____________________

Honorable Michael J. Davis
U.S. District Court Judge